1
2
3
4       UNITED STATES DISTRICT COURT
5       FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

BOARD OF TRUSTEES OF THE
NORTHWEST IRONWORKERS HEALTH
AND SECURITY FUND, et al.,

    Plaintiffs,

  v.

MODERN CONTINENTAL
CONSTRUCTION CO., INC.,

    Defendant.

NO.  C06-0792 RSM

ORDER OF DEFAULT JUDGMENT

## JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditors: | Northwest Ironworkers Health and Security Fund, Northwest Ironworkers Retirement Trust, Northwest Field Ironworkers Annuity Trust Fund, Northwest Ironworkers Employers Vacation Trust, Northwest Ironworkers & Employers Apprenticeship & Training Trust Fund, Northwest Ironworkers Industry Trust Fund, Northwest Ironworkers Drug Test Fund |
| Judgment Debtor: | Modern Continental Co., Inc. |

| | |
|---|---|
| Principal Judgment Amount: | $ 849.38 |
| Interest: | 239.67 |
| Attorneys' Fees and Costs: | 880.00 |
| TOTAL: | $ 1,969.05 |

Principal Judgment Amount Shall Bear Interest at 12% per annum.

Attorney fees, costs and other recovery amounts shall bear interest at 12% per annum.

Attorney for Judgment Creditors:  Michael H. Korpi, WSBA #12711

ORDER OF DEFAULT JUDGMENT - 1

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

2900 011 hi280606 10/4/06



SMITH MCKENZIE ROTHWELL
& BARLOW, P.S.

Attorney for Judgment Debtor: NONE

This is an action for breach of a collective bargaining agreement. In accordance with plaintiffs' motion, the Court having considered the pleadings, documents and declarations on file, finds as follows:

## FINDINGS OF FACT

1. The Court, having considered the declaration of Michael H. Korpi, one of plaintiffs' attorneys; concludes that said declaration is accurate and that the representations made herein regarding attorneys' fees and costs are accurate.

2. The Court concludes that an Order of Default was entered on September 18, 2006 adjudging the defendant, Modern Continental Co., Inc., to be in default.

3. The Court finds that $849.38 in unpaid liquidated damages, and $239.67 in interest are due and owing for the delinquent period of September 2000 through December 2000.

4. The Court finds that $465 in costs, including filing fee and process service, were incurred in this action and are recoverable under the agreements.

5. The Court finds that a reasonable attorneys' fee for work done from June 5, 2006 through September 21, 2006 is $415, consisting of 3.30 hours of attorney and legal assistant time.

ORDER OF DEFAULT JUDGMENT - 2

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

2900 011 hi280606 10/4/06

6. The Court hereby finds that plaintiffs are entitled to a default judgment against the defendant, Modern Continental Co., Inc., in the following amounts for the delinquent period of September 2000 through December 2000:

| | |
|---|---|
| Liquidated Damages: | $   849.38 |
| Interest: | 239.67 |
| Costs: | 465.00 |
| Attorney's Fees | 415.00 |
| TOTAL: | $ 1,969.05 |

### CONCLUSIONS OF LAW

7. The Court finds that the plaintiffs are entitled to default judgment against the defendant, Modern Continental Co., Inc., in the amount of $1,969.05 as a matter of law.

### JUDGMENT

8. It is ORDERED, ADJUDGED and DECREED that a default judgment be entered against Modern Continental Co., Inc. consistent with the Findings of Fact and Conclusions of Law.

DONE IN OPEN COURT this __4__ day of October 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
*/s/ Michael H. Korpi*
Michael H. Korpi, WSBA #12711
SMITH MCKENZIE ROTHWELL
  & BARLOW, P.S.
Attorneys for Plaintiffs

ORDER OF DEFAULT JUDGMENT - 3

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

2900 011 hi280606 10/4/06

