1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

7   BOARD OF TRUSTEES OF THE
NORTHWEST IRONWORKERS HEALTH
8   AND SECURITY FUND, et al.,

9                        Plaintiffs,

        v.

10                                              NO.  C06-0792 RSM

    MODERN CONTINENTAL
11  CONSTRUCTION CO., INC.,                     MOTION AND ORDER OF
                                                VOLUNTARY DISMISSAL
12                       Defendant.

13          IN ACCORDANCE WITH Rule 41 of the Federal Rules of Civil Procedure, plaintiff

14  moves the Court for an Order voluntarily dismissing this action with prejudice and without

15
    costs to any party.
16

17

18          Dated:  10/26/06                    /s/ Michael H. Korpi
                                                Michael H. Korpi, WSBA# 12711
19                                              SMITH McKENZIE ROTHWELL
                                                   & BARLOW, P.S.
20                                              Attorneys for Plaintiff Trusts

21

22

23

24

25

MOTION FOR VOLUNTARY DISMISSAL - 1

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900



1

<u>ORDER</u>

2

     Pursuant to plaintiffs' motion, it is hereby

3

     ORDERED that the defendant is hereby dismissed from this action with prejudice and

4

without costs to any party.

5

     DATED this 27th day of October, 2006.

6

7

8

9



RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

10

11

12

Presented by:

13

<u>/s/ Michael H. Korpi</u>

14

Michael H. Korpi, WSBA #12711
SMITH MCKENZIE ROTHWELL

15

  & BARLOW, P.S.
Attorneys for Plaintiff Trusts

16

17

18

19

20

21

22

23

24

25

MOTION FOR VOLUNTARY DISMISSAL - 2
2900 011 hj120609 10/27/06

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900